UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

River Lights,

-v.-

09 Civ. 3173 (RWS)

Orly Shoe Corp.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

Please be advised that the conference scheduled for Oct 28, 09 has been rescheduled to Nov 4, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
10/30/09

ROBERT W. SWEET
United States District Judge